UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| GLEN ALEXANDER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration,<br><br>    Defendant. | ) ED CV 08-1179-SH<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: June 15, 2009

_____/ s /_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE